**FILED**

JUN 19 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 19 CR 486 |
|---|---|
| v. | Violation: Title 18, United States Code, Section 115(a)(1)(B) |
| ROBERT ANTHONY HAAS | JUDGE CHANG |
| | MAGISTRATE JUDGE KIM |

The SPECIAL JANUARY 2019 GRAND JURY charges:

On or about May 11, 2019, at Ottawa, in the Northern District of Illinois, Eastern Division, and elsewhere,

ROBERT ANTHONY HAAS

defendant herein, did threaten to assault and murder a Federal law enforcement officer, with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties; to wit, in that HAAS threatened to assault and kill an employee of the U.S. Federal Bureau of Investigation;

In violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY