NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

2-17-2020

| UNITED STATES OF AMERICA | CASE NUMBER 19-CR-486 |
|---|---|
| V | |
| ROBERT ANTHONY HAAS | HONORABLE JUDGE CHANG |

JURISDICTION

Subpoena Duces Tecum

**FILED**

FEB 25 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MOTION

1. Subpoena - New York Times, Metro Section, August 18, 2001, Balcony Scene or Unseen

2. Subpoena - U.N.O.D.A. United Nations document   A/CN.11/L.72 , 5 August 2013 Disarmament Commission - Civilian Weapons Confiscation Study Group

3. Subpoena - any body camera, dash camera, or any video from any agency during arrest    6/11/19

DISPUTE

1. Evidence is admissable if Ⓐ it has a tendency to make a fact more or less probable than it would be without the evidence Ⓑ the fact is of consequence in determining the action.

2. "Government must abstain from regulating speech where specific motivating ideology or opinion of speaker is rationale for restriction. Rosenberger V. Rector & Visitors of the Univ. of Va. (1995) 515 U.S. 819, 132 L. Ed. 2d 700 "3" The first amendment prohibits officials from subjecting an individual to retaliatory actions for engaging in protected speech, Nieves V. Bartlett 139 S.Ct. 1715, 1722, 204 L. Ed. 2d 1 (2019), quoting Hartman V. Moore, 547 U.S. 250, 256, 126 S. Ct. 1965, 164 L. Ed. 2d 441 (2006)"

4. Freedom of speech (1c): Constitutional law. The right to express one's thoughts and opinions without governmental restriction, as guaranteed by the First Amendment of the U.S. Constitution.

Robert Haas 52278-424
Metropolitan Correction Center
71 West Van Buren Street
Chicago IL 60605

2020 FEB 25 AM 8:41

LEGAL
MAIL

Clerk of the U.S. District Court
United States Court House
219 South Dearborn Street
Chicago IL 60604

02/25/2020-60

LEGAL
MAIL



60604-1702S9

LOVE
FOREVER USA

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 02-19-2020