FILED
3/19/2020
KP
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER 19-CR-486 |
| v | |
| ROBERT ANTHONY HAAS | HONORABLE JUDGE CHANG |

(8th Amendment excessive bail) JURISDICTION (14th Amendment Sec. 1 life, liberty, due process)

18 U.S.C. § 3142(B) Personal recognizance unsecured appearance bond

United States v. Salerno, 481 U.S. 739 (1987) "In our society liberty is the norm, and detention prior to trial.. is the carefully limited exception".

(U.S. v Jackson, U.S. Sup. Ct. 1968) Unconstitutional for harsher punishment of defendant who asks for constitutional right to a jury trial than defendant who pleads guilty.

## MOTION

Motion for release on Personal Recognizance Unsecured Appearance Bond immediately granting release until July 6th trial date.

## DISPUTE

I received a plea agreement allowing time served dated March 5, 2020 from Assistant United States Attorney Erin E. Kelly. It is my belief that if the prosecutor bringing these charges against myself, (pro-se defendant), offers that I have served my time then the U.S. Attorneys office no longer views myself as a threat to the community. Therefore I believe I am entitled to an O.R. bond to allow myself to properly construct my defense. Unless of course the U.S. Attorneys office seeks to punish me for expecting Due Process, Constitutionally Guaranteed, a trial with jury of my peers. I see no other reason to continue wasting tax payer dollars housing myself at MCC Chicago. I am innocent until proven guilty before a jury of my peers. I ask the court to immediately grant my release until my July trial unconditionally.



Robert Haas 52278-424
Metropolitan Correction Center
71 W VanBuren Street
Chicago IL 60605

LEGAL
MAIL

Clerk of the U.S. District Court
United States Court House
219 S Dearborn Street
Chicago IL 60604

LEGAL
MAIL

60604-180099