UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT ANTHONY HAAS | No. 19 CR 486<br><br>Judge Edmond E. Chang |

**GOVERNMENT'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S**
**MOTION FOR PRETRIAL RELEASE**

The United States of America, by its attorney JOHN R. LAUSCH, JR., hereby submits this supplemental response to defendant ROBERT ANTHONY HAAS's motion for pretrial release. Dkt. No. 100.

On April 17, 2020, the government submitted its response to the defendant's motion. Dkt. No. 104. In its response, the government highlighted several internet postings by the defendant that demonstrate his dangerousness. During its recent preparation for trial the government has uncovered additional, disturbing postings by the defendant which further underscore the danger to the community that he poses, specifically the law enforcement community. In these postings the defendant expressed his desire to kill any law enforcement officer, prosecutor, judge and their families, if he believed they were attempting to silence him.

The postings were all made prior to the defendant's June 11, 2019, arrest for the current charges but after his January 26, 2018, arrest on an unrelated Indiana state charge and after two interviews with Department of State agents. One posting is particularly noteworthy and prescient. In it, the defendant threatens to kill the families of judges and prosecutors if he ever escapes "their illegal confinement." These

postings are serious and troubling, and are justification for denying the defendant's motion for bond.

Specifically, between on or about December 29, 2018, and February 12, 2019, the defendant posted the following messages on the social media website Vk.com:

> "I don't care if it's a cop, prosecutor, judge, politician or elite. You try to stop me from telling the truth I will cut every throat in your home. Try me!"

> "Taxation is theft. Stop paying them and kill anyone who bugs you about them including judges, prosecutors and cops."

> "Kill the prosecutors and judge's family. Escape and butcher them!!!"

> "If the patriot act is used against you righteously you can follow the prosecutor home and investigating officers home from work and kill them because it's illegal to monitor an American without a warrant. Saying patriot act you deserve your kids stabbed to death. Try me."

> "ANYONE trying to take your freedom of speech; kill them, the judge, prosecutor, complaining witnesses and their families!!"

> "If you're prosecuted for telling the truth, KILL THE JUDGE!!!!"

> "Any judge or prosecutor trying to intimidate me best pray I never escape their illegal confinement because their family will be a fucking greases spot."

As this Court has previously found, and as further demonstrated by the defendant's own words highlighted in the government's original response to his

motion and in this supplemental response, the defendant poses a danger to the community and his motion for bond should be denied.

          Respectfully submitted,

          JOHN R. LAUSCH, JR.
          United States Attorney

By:   /s/ *Barry Jonas*
       BARRY JONAS
       ERIN KELLY
       Assistant United States Attorneys
       219 S. Dearborn Street, Rm. 500
       Chicago, Illinois 60604
       (312) 353-5300

Dated: May 4, 2020