19 CR 486
Robert Anthony Haas

Honorable Judge Chang

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
OF THE
SUPREME COURT OF ILLINOIS

To whom it may concern.

My name is Robert Haas. I am writing this letter in regards to a panel attorney working for the federal courts in Chicago IL.
ELLEN R. DOMPH     ATTORNEY AT LAW
53 W JACKSON BOULEVARD    SUITE 1544   CHICAGO IL. 60604
TELEPHONE 312-922-2525    edomph@gmail.com    domphdefense.com

Ellen Domph was assigned to represent myself on 6/12/2019 from the Federal Defender Panel. She did good the first day. It all went downhill from there. On 7/23/2019 I told Ellen I wanted a speedy trial. She visited me at MCC Chicago afterward and I told her again I want my speedy trial. She told me "you don't get a speedy trial because I don't think you can keep your mouth shut."

Soon after this she sent a letter, 9/18/2019 stating she "will visit soon to discuss our expert witness and what to expect." During this period I was also asking for another bond hearing due to changed 3rd party custodian status. She never asked for a bond hearing and I never asked for a expert witness. After this she recommended a psychiatric evaluation and stopped responding. She refused my 6th Amendment speedy trial guarantee, my 1st Amendment freedom of speech, did not file a bond hearing motion I requested, then told me it would be best if I did not communicate with my ex girlfriend who lives in Moscow Russia who has absolutely nothing to do with the case. Failure to file, procrastinating maliciously, failure to follow clients lawful instructions, failure to provide reasonable diligence and promptness, also saying I'll come visit you next week and never showing up at MCC.

19 CR 486

Robert Anthony Haas

Honorable Judge Chang

According to ABA Standard (4-5.2) Model Rules of Professional Conduct only after consultation with myself should she decide 1. "what witnesses to call" 2. how to cross examine witnesses 3. jurors to accept or strike 4. motions to make 5. evidence to introduce. ABA (1.3) MRPC reasonable diligence and promptness ABA (1.2) MRPC lawyer is bound to follow clients lawful instructions ABA (1.7) MRPC not being loyal to myself for obvious personal conflicts of interest. On 9/23/2019 Ellen Domph filed a motion for extension of time against my wishes along with her abuse of process psych evaluation. I was forced to write my own motions to FIRE her, ask for a speedy trial and begin to subpoena witnesses. I fired her and I'm now pro-se with "standby council" DENA M. SINGER ATTORNEY AT LAW 53 W JACKSON BOULEVARD SUITE 1505 CHICAGO IL 60604 TELEPHONE 312-525-2017 dsinger@bedisinger.com www.bedisinger.com Dena M. Singer has been professional and responds in a timely manner. Ellen Domph's behavior was extremely unprofessional and legal malpractice. She violated many of my constitutional guarantees such as due process and treated me cruelly and unusually. Denied my 1st amendment, 6th amendment, and 5th amendment. Ellen didn't inform me when my court dates were rescheduled and failed to inform my family whom she also had contact with. All of which I feel is an absolute breach of fiduciary duty failing to carry out responsibilities to myself her client. She never spoke with me about my preferred defense strategy and seemed more likely to be beholden to the prosecutor than myself. When I asked the Judge (Chang) to explain her behavior during a "Sealed ex-parte meeting" Domph refused to answer to her unethical behavior. Malicious and inexcusable. I would like to see disbarment from the practice of law in the future. Please keep me informed of the progress of this complaint.

ROBERT ANTHONY HAAS    CASE # 19 CR 486    MCC CHICAGO 52278-424

Rhaas406@gmail.com    Robert Anthony Haas

ROBERT HAAS 52278-424
METROPOLITAN CORRECTION CENTER
71ᵂ VAN BUREN STREET
CHICAGO IL 60605



03/20/2020-14





CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURT HOUSE
219 S DEARBORN STREET
CHICAGO IL 60604



60604-180099

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. Th[e let]ter has neither been opened nor inspected. If the writer raises a question or problem over whi[ch th]is facility has jurisdiction, you may wish to return the materiel for further information or clarificatio[n. I]f the writer encloses correspondence for forwarding to another addressee, please return the enclos[ure to] the above address.

Date: 17 MAR 20