UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 19 CR 486 |
|---|---|
| v. | |
| ROBERT ANTHONY HAAS | Hon. Edmond E. Chang |

## GOVERNMENT'S WITNESS LIST

The United States of America, by its attorney JOHN R. LAUSCH, JR., hereby submits the following witness list:

### Government Witnesses Who Will Be Called

| Name | Description of Witness |
|---|---|
| David Noordeloos<br>U.S. Department of State | Interviewed defendant on January 25, 2018 and January 26, 2018 regarding threats defendant made to federal officials. |
| Rafael Gutierrez<br>FBI Staff Operations Specialist | Reviewed and downloaded internet postings made by defendant on social media website vk.com, reviewed evidence contained on defendant's electronic devices, reviewed telephone records of defendant's communications with federal officials, and prepared summary exhibits of telephone records. |
| Matthew Kelley<br>U.S. Department of State<br>FBI Task Force Officer | Investigated threats that defendant made to federal officials. He also attended law enforcement meeting with defendant on May 8, 2019 |
| Joseph Kostuchowski<br>FBI Task Force Officer | Met with defendant on May 8, 2019 and received text message and voice mail communications from defendant. |

| Richard Mullen<br>Illinois State Police Officer | Drove defendant from Ottawa to Chicago on June 11, 2019 in an Illinois State Police vehicle that was equipped with an audio and video recording device. |
|---|---|
| Christopher Potts<br>FBI Special Agent | Conducted a post-arrest interview with defendant on June 11, 2019 at FBI headquarters that was audio and video recorded. |

## **Government Witnesses Who May Be Called**

| Name | Description of Witness |
|---|---|
| Robert Rochowiak<br>U.S. Department of State | Interviewed defendant on January 25, 2018 regarding threats defendant made to federal officials. He also received text message communications from defendant. |
| Kyle Young<br>FBI Special Agent | Knowledge of process for collecting evidence from defendant's electronic devices |
| Kyle Booras<br>Ottawa Police Department | Attended federal law enforcement meetings with defendant on January 25, 2018 and May 8, 2019. |
| Matthew Najdanovich<br>Ottawa Police Department | Attended federal law enforcement meetings with defendant on January 25, 2018 and May 8, 2019. |
| T-Mobile Representative | Defendant's telephone records |
| Sprint Representative | Defendant's telephone records |
| Betty Mesarina<br>MCC Chicago Investigative Support Technician | Defendant's MCC Chicago e-mail messages and jail calls |
| State Department Custodian of Records | Introduction of evidence relating to text messages defendant sent to Agent Rochowiak |

The government is not committing to calling all of the witnesses on its "will call" or "may call" lists. In addition, the government may identify additional witnesses that it may call in its case-in-chief or rebuttal. The government will give notice to defendant if it identifies additional witnesses not previously identified.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: s/ *Erin Kelly*
    ERIN KELLY
    BARRY JONAS
    Assistant United States Attorneys
    219 South Dearborn Street, Room 500
    Chicago, Illinois 60604
    (312) 353-5300

May 18, 2020